**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

LARRY DONEL CHILDS, JR.                                                 PLAINTIFF

v.                      NO. 3:13CV00276 JLH

CITY OF BONO, ARKANSAS                                           DEFENDANT

**<u>ORDER</u>**

Larry Donel Childs, Jr., filed his complaint in this action on December 19, 2013. On January 7, 2014, the Court entered an Order informing Childs that he must either pay the filing fee or file an application to proceed *in forma pauperis* within thirty days of the Order. That Order also directed Childs' attention to Local Rule 5.5(c)(2), giving Childs notice that he must notify the Court of any change in address and if he fails to respond to any communication from the Court within thirty days, the case may be dismissed without prejudice.

Childs has neither filed an application to proceed *in forma pauperis* nor paid the filing fee. Therefore, this action is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 30th day of April, 2014.

                                                  _____
                                                  J. LEON HOLMES
                                                  UNITED STATES DISTRICT JUDGE