# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LARRY DONEL CHILDS, JR.                                                                          PLAINTIFF

v.                                         NO. 3:13CV00276 JLH

CITY OF BONO, ARKANSAS                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 30th day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE